450 A.2d 179

Commonwealth v. Arnold, Appellant.

Submitted February 16, 1982.   Robert Lee Moore, for appellant;  George C. Yatron, District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

The order of the lower court is hereby affirmed.

450 A.2d 180

Commonwealth v. Beck, Jr., Appellant.
Petition for Allowance of Appeal
Denied Nov. 10, 1982.

Argued January 27, 1982.   James D. Flower, for appellant;  John Michael Eakin, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.